**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**UNITED STATES V. WILDER FITNESS EQUIPMENT, INC, DKT. 0537 3:24CR00156-1**
**RESITUTION PAYEES**

| School/Organization | Victim Restitution |
|---|---|
| Batesville Fire Department<br>132 Van Voris ST<br>Batesville, MS 38606 | $4,136.20 |
| Bishop Moore<br>3901 Edgewater DR<br>Orlando, FL 32804-2834 | $30,172.76 |
| Booneville High School<br>300 W George E Allen Dr Ste B<br>Booneville, MS 38829 | $1,954.00 |
| Brookhaven High School<br>443 E Monticello ST<br>Brookhaven, MS 39601 | $1,498.00 |
| Choctaw County High School<br>415 E Church ST<br>Ackerman, MS 39735 | $4,329.80 |
| East Mississippi Community College<br>1512 Kemper ST<br>Scooba, MS 39358 | $1,689.00 |
| Franklin High School<br>340 Edison ST S<br>Meadville, MS 39653 | $4,898.00 |
| George County High School<br>9284 Old 63 S<br>Lucedale, MS 39452 | $5,196.80 |
| Germantown High School<br>409 Calhoun Station Pkwy<br>Madison, MS 39110 | $4,562.20 |
| Greenville High School<br>419 E Robert Shaw ST<br>Greenville, MS 38701 | $888.60 |
| Grenada High School<br>1875 Fairground RD<br>Grenada, MS 38901-5216 | $9,855.00 |

| | |
|---|---|
| Hattiesburg High School<br>301 Hutchinson AVE<br>Hattiesburg, MS 39401 | $9,685.40 |
| Hollandale Simmons High School<br>501 W Washington ST<br>Hollandale, MS 38748 | $3,490.60 |
| Houston High School<br>598 S Starkville ST<br>Houston, MS 38851-3015 | $4,625.00 |
| Itawamba Community College<br>2176 S Eason Blvd<br>Tupelo, MS 38804 | $1,150.00 |
| Kossuth High School<br>15 County Road 604<br>Corinth, MS 38834 | $3,832.00 |
| Lafayette County Sheriff Department<br>711 Jackson Ave E<br>Oxford, MS 38655 | $6,280.20 |
| Lafayette High School<br>160 Commodore DR<br>Oxford, MS 38655 | $9,464.00 |
| Lauderdale County Schools<br>301 46th CT<br>Meridian, MS 39305 | $2,246.00 |
| Long Beach School District<br>19148 Commission RD<br>Long Beach, MS 39560-2311 | $1,514.00 |
| Louisa County High School<br>757 Davis Hwy<br>Mineral, VA 23117 | $3,439.40 |
| Madison Central High School<br>1417 Highland Colony Pkwy<br>Madison, MS 39110 | $4,990.00 |
| Madison County Schools<br>476 Highland Colony Parkway,<br>Ridgeland, MS 39157 | $9,023.20 |

| | |
|---|---|
| Magee High School<br>501 Choctaw St E<br>Magee, MS 39111 | $6,361.60 |
| Mississippi Delta Community College<br>PO Box 668<br>Moorhead, MS 38761 | $4,830.20 |
| Mississippi State Fire Academy<br>1 Fire Academy USA<br>Jackson, MS 39208 | $4,465.20 |
| New Albany High School<br>201 State Highway 15 N<br>New Albany, MS 38652 | $3,240.00 |
| New Albany Junior High School<br>400 Apple ST<br>New Albany, MS 38863 | $1,980.00 |
| Newton County High School<br>16255 Highway 503<br>Decatur, MS 39327 | $11,739.60 |
| Newton High School<br>201 W 1st ST<br>Newton, MS 39345 | $2,415.06 |
| North Desoto Middle School<br>2573 Highway 171<br>Stonewall, LA 71078 | $600.00 |
| North Little Rock High School<br>101 W 2nd ST<br>North Little Rock, AR 72114 | $51,423.73 |
| Northeast Lauderdale High School<br>702 Briarwood RD<br>Meridian, MS 39305 | $2,976.80 |
| Northside High School<br>1305 Martin Luther King DR<br>Shelby, MS 38774-2229 | $3,521.20 |
| Northwest Rankin High School<br>232 W School ST<br>Ridgeland, MS 39157 | $353.60 |

O'Bannon High School
1203 S Raceway RD
Greenville, MS 38703-8208          $1,953.20

Oxford High School
101 Charger Loop
Oxford, MS 38655                   $6,289.80

Pearl River Central High School
7407 Highway 11
Carriere, MS 39426-7484            $1,660.60

Pigsah High School
115 Tori Bowie Lane
Brandon, MS 39047                  $9,624.00

Ponchatoula High School
19452 Highway 22
Ponchatoula, LA 70454              $798.00

Richland High School
1202 Highway 49 S
Richland, MS 39218                 $1,830.20

Ripley High School
720 S Clayton ST
Ripley, MS 38663-2506              $7,635.40

South Panola High School
601 Tiger DR
Batesville, MS 38606-1946          $5,024.00

Starr's Mill High School
193 Panther Path
Fayetteville, GA 30215             $1,290.00

Stone High School
400 Border Ave E
Wiggins, MS 39577                  $1,234.50

Taylorsville High School
324 Hester ST
Taylorsville, MS 39168             $486.00

Tupelo Middle School
1009 Varsity DR
Tupelo, MS 38801-4623              $1,924.80

Tupelo Police Department
400 N Front ST
Tupelo, MS 38804   $7,461.72

University of Mississippi
406 University Ave
Oxford, MS 38655   $4,109.00

Vancleave High School
12424 Highway 57
Vancleave, MS 39565   $8,667.80

Walnut High School
400 Pierre RD
Walnut, CA 91789   $5,148.80

Warren Central Baseball
1000 Highway 27
Vicksburg, MS 39180   $2,034.20

Wayne County High School
1325 Azalea DR
Waynesboro, MS 39367   $18,774.58

**Total Restitution**   $308,773.75